SAMUEL KRIDEL et al., Respondents, *v.* JACOB BERNSTEIN et al., Appellants, Impleaded with Another.

(Argued April 3, 1931; decided May 12, 1931.)

*J. W. Friedman* and *I. Gainsburg* for appellants.

*Eugene L. Bondy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and HUBBS, JJ. Not sitting: O'BRIEN, J.